# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO LUIS WILLIAMS,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>TATE, et. al.,<br><br>　　　　　　Defendants.<br>_____/ | 1:06-cv-00511-AWI-SMS-PC<br><br>ORDER REVOKING PLAINTIFF'S IN FORMA PAUPERIS STATUS<br><br>ORDER VACATING ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS<br>(Doc. 10)<br><br>ORDER VACATING ORDER DIRECTING CDC TO COLLECT FILING FEE PAYMENTS FOR THIS ACTION<br>(Doc. 11)<br><br>ORDER FOR PLAINTIFF TO PAY $350.00 FILING FEE WITHIN THIRTY DAYS |

　　　Antonio Luis Williams ("plaintiff") is a state prisoner proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983.  Plaintiff filed this action on April 28, 2006, along with an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(g).  On July 7, 2006, the court issued orders granting plaintiff's application to proceed in forma pauperis and directing the California Department of Corrections to facilitate payment of the $350.00 filing fee from plaintiff's prison trust account.  To date, the court has not received any payments for plaintiff's filing fee in this action.  Further review of this case by the court reveals that plaintiff is not entitled to proceed in forma pauperis.  Therefore, the court's orders shall be vacated, and plaintiff shall be required to pay the $350.00 filing fee for this action within thirty days.

1    Section 1915 of Title 28 of the United States Code governs proceedings in forma
2 pauperis. Section 1915(g) provides that "[i]n no event shall a prisoner bring a civil action . . .
3 under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained
4 in any facility, brought an action or appeal in a court of the United States that was dismissed on
5 the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be
6 granted, unless the prisoner is under imminent danger of serious physical injury." Plaintiff has
7 had three or more actions dismissed as frivolous, as malicious, or for failing to state a claim upon
8 which relief may be granted.[1] Thus, plaintiff is subject to 28 U.S.C. §1915(g) and is precluded
9 from proceeding in forma pauperis unless plaintiff was, at the time the complaint was filed,
10 under imminent danger of serious physical injury.

11    Plaintiff has not alleged imminent danger. A review of plaintiff's complaint and
12 subsequent amended complaint reveals that the basis for his claims in this action is a conspiracy
13 by defendants to provide inadequate medical care for plaintiff's shoulder injury which he alleges
14 occurred on May 14, 2002. However, plaintiff has alleged no facts that support a finding that he
15 was under any continuing or imminent danger of serious physical injury at the time the action
16 was filed. Therefore, plaintiff may not proceed in forma pauperis in this action, and must submit
17 the appropriate filing fee in order to proceed with this action.

18    Based on the foregoing, it is HEREBY ORDERED that:
19    1.    Pursuant to 28 U.S.C. § 1915(g), plaintiff is ineligible to proceed in forma
20          pauperis in this action;
21    2.    The court's order of July 7, 2006, which granted plaintiff's application to proceed
22          in forma pauperis, is VACATED (Doc. 10);
23 ///
24 ///
25

---

[1] The Court takes judicial notice of 4:04-cv-00782-CW Williams v. McGrath, et al (N.D. Cal.) (dismissed for failure to state a claim on 06/25/2004), 4:04-cv-02543-CW Williams v. Hagar, et al. (N.D. Cal.) (dismissed for failure to state a claim on 11/10/2004), and C-04-3211-CW(PR) In Re: Antonio Luis Williams (N.D. Cal.) (dismissed for no legal merit on 12/22/2004 by order finding plaintiff barred from proceeding in forma pauperis under § 1915(g) due to three strikes in the Northern District of California court).

2

3. The court's order of July 7, 2006, which directed the CDC to make payments to the court from plaintiff's prison trust account for payment of the filing fee for this action is VACATED (Doc. 11);

4. Plaintiff shall submit the $350.00 filing fee in full within **thirty (30) days**;

5. The Clerk of Court is directed to serve a copy of this order on the Director of the California Department of Corrections and Rehabilitation; and

6. The Clerk of the Court is directed to serve a copy of this order on the Financial Department, U.S. District Court, Eastern District of California, Fresno Division; and

7. If plaintiff fails to pay the $350.00 filing fee in full within thirty days, this action will be dismissed, without prejudice.

IT IS SO ORDERED.

**Dated:   January 26, 2008**          /s/ Anthony W. Ishii
                                     UNITED STATES DISTRICT JUDGE