IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO LUIS WILLIAMS, | 1:06-cv-00511-AWI-SMS-PC |
|     Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS IN FULL |
| vs. | (Doc. 35) |
| TATE, et al., | ORDER DISMISSING ACTION FOR FAILURE TO OBEY COURT ORDER TO PAY FILING FEE |
|     Defendants. | ORDER DIRECTING CLERK TO CLOSE CASE |

Antonio Luis Williams ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On April 18, 2008, findings and recommendations were entered, recommending that this action be dismissed based on plaintiff's failure obey the court's order of March 6, 2008, which required him to pay the $350.00 filing fee in full. Plaintiff was provided an opportunity to file objections to the findings and recommendations within thirty days. On May 22, 2008 and June 16, 2008, plaintiff filed objections.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 73-305, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire

1

file, the court finds the findings and recommendations to be supported by the record and proper analysis.

          Accordingly, THE COURT HEREBY ORDERS that:

          1.  The Findings and Recommendations issued by the Magistrate Judge on April 18, 2008, are adopted in full;

          2.  This action is dismissed in its entirety, based on plaintiff's failure to comply with the court's order of March 6, 2008, which required him to pay the $350.00 filing fee; and

          3.  The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

**Dated:   June 22, 2008**                                                  **/s/ Anthony W. Ishii**
                                                                               UNITED STATES CHIEF DISTRICT JUDGE